Roig Commercial Bank, Plaintiff and Appellee, *v.* Santiago Iglesias Silva et ux., Defendants and Appellants.

No. 6456. Argued January 22, 1934.—Decided January 31, 1934.

*G. Cruzado Silva* for appellants.   *González Fagundo & González, Jr.,*
for appellee.

Mr. Justice Wolf delivered the opinion of the court.

The appellee moves to dismiss because the brief fails to
follow the rules of this court.   We find this to be true in cer-
tain particulars, but the defects are not sufficient to actually
dismiss without giving the appellants a chance to amend.

Likewise, the appellee moves to dismiss because the appeal
is frivolous.   On the date that this case was heard, in another
case in which counsel for the appellee was also counsel the
question was raised of our right to dismiss cases as frivolous.
As then pointed out by the Chief Justice, a motion to dis-
miss as frivolous is something like an anticipation of a hear-
ing on the merits and that therefore the appellee should in
his motion to dismiss present the reasons why the case is
frivolous.   This was not done in the motion before us.   Con-
sequently, the motion to dismiss will be overruled with per-
mission to the appellants to amend their brief to conform
with the rules of this court and without prejudice to the right
of the appellee to make a new motion to dismiss as frivolous
when the brief is filed; and similarly to renew its motion to
dismiss if the appellants fail to file a new brief.